October 20, 2005

The Honorable Gladys Kessler
United States District Court for the District of Columbia        Filed by ECF
333 Constitution Ave., N.W.
Washington, DC 20001

      Re: Request for Rescheduling of Status Conference in *Van Der Leest v. Unum Life Ins. Co.*, Civ. No. 1:05-1636

Your Honor:

      I have been presented with multiple conflicts on the date of the scheduled status conference for November 15 in the above matter. I am currently scheduled to be at three proceedings at one time including a Social Security disability hearing, a disability hearing before the District of Columbia Police Officer and Firefighter Retirement Board and a Status Conference in your Court.

      The Social Security claimant has waited nearly two years for his hearing date and it is very unfair to ask that he be made to wait for several more months should his matter require rescheduling. This proceeding was scheduled far before the other two recently scheduled proceedings. My partner is scheduled for a Social Security hearing in Baltimore at the same time, preventing any back-up coverage on this day.

      Opposing counsel and I have never objected to such requests in the past as conflicts like this are unavoidable at times. I have left him a message detailing the problem and do not expect any objection.

      Given the multiple conflicts presented, I request that the Scheduling Conference in this matter be continued to another date. I will be happy to assist in contacting opposing counsel concerning other available dates if necessary.

      Thank you for your time and attention to this matter.

                                                                  Respectfully,

                                                                 Scott B. Elkind