IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD VAN DER LEEST | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civ. Action No:1:05-1636 |
| | : |
| UNUM LIFE INSURANCE COMPANY | : |
| OF AMERICA, d/b/a UNUMPROVIDENT | : |
| | : |
| and | : |
| | : |
| UNICARE LONG TERM DISABILITY PLAN | : |
| | : |
|     Defendants. | : |

CONSENT MOTION FOR CONTINUANCE

Plaintiff, by and through its counsel with consent of defense counsel, hereby moves this Court to continue the Scheduling Conference in the above-referenced matter, and in so doing, states as follows:

1.    Plaintiff's counsel has two other proceedings scheduled for the same time on November 15, 2005, which include a Social Security Disability hearing and a disability hearing before the District of Columbia Police and Firefighter Retirement Board.

2.    The claimant in the Social Security Disability hearing has waited nearly two years for his hearing date which was scheduled much earlier than the District Board proceeding or the Scheduling Conference in this case.

3.  Plaintiff's partner is scheduled to attend another Social Security Disability hearing in Baltimore, Maryland at the same time and Plaintiff's firm has no associates.

4.    Plaintiff's counsel has conferred with defense counsel who has consented to this

1

motion.

     5.     Given the multiple conflicts presented, Plaintiff's counsel respectfully requests that this Court reschedule the Scheduling Conference in this matter.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ by sbe |
| Scott B. Elkind, Bar 43881 | Eric Schwartz |
| Elkind & Shea | Jennifer Kerkoff |
| 801 Roeder Rd., Ste. 550 | Troutman Sanders |
| Silver Spring, MD 20910 | 401 9th St., NW, Ste. 1000 |
| P: (301) 495-6665 | Washington, DC 20004-2134 |
| F: (301) 565-5111 | P: (202) 274-2950 |
| Attorney for Plaintiff | F: (202) 274-2994 |
| | Counsel for Defendants |