IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

      **Plaintiff,**                                          Civil Action No. 1:05cv01636

**v.**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA D/B/A UNUMPROVIDENT**, *et al.*,

      **Defendants.**

## CONSENT MOTION TO RESCHEDULE
## SCHEDULING CONFERENCE

Defendants, by counsel, with agreement of Plaintiff, by counsel, move this Court to reschedule the Scheduling Conference in the above-referenced matter. While counsel appreciate the Court's granting plaintiff's earlier motion to continue the Conference and resetting it for November 28, 2005, defendants have a scheduling conflict and are unable to attend the Scheduling Conference on November 28, 2005. Counsel have conferred and mutually agree to any of the following dates for the Scheduling Conference if they are acceptable to the Court: November 16, 17, or 18, 2005. If they are not, counsel would be available for a conference call with the Court to discuss a mutually available date and reschedule the matter then.

WHEREFORE, the parties request that their Consent Motion to Reschedule be granted and that the Scheduling Conference be reset for either November 16, 17, or 18, 2005.

WE ASK FOR THIS:

| /s/ Eric W. Schwartz | /s/ Scott B. Elkind |
|---|---|
| Eric W. Schwartz, Esquire (VSB No. 27974) | Scott B. Elkind, Esquire (VSB No. 35859) |
| TROUTMAN SANDERS LLP | ELKIND & SHEA |
| P. O. Box 61185 | 801 Roeder Road, Suite 550 |
| Virginia Beach, Virginia 23466 | Silver Spring, Maryland 20910 |
| Telephone: (757) 687-7500 | Telephone: (301) 495-6665 |
| Facsimile: (757) 687-7510 | Facsimile: (301) 565-5111 |
| *Counsel to Defendants* | *Counsel for Plaintiff* |

300097