IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD VAN DER LEEST,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA D/B/A UNUMPROVIDENT, *et al.*,

    Defendants.

Civil Action No. 1:05cv01636

## JOINT MEET AND CONFER REPORT

Plaintiff Richard Van Der Leest and Defendants UNUM Life Insurance Company of America ("UNUM") and the Unicare Long-Term Disability Plan (the "Plan") (collectively, the "Defendants"), pursuant to the October 17, 2005 Order Setting Initial Scheduling Conference and LCvR 16.3, submit their joint meet and confer report.[1]

1. No dispositive motions have been filed. The parties believe, however, that resolution of this case on cross-motions for summary judgment is appropriate.

2. No other parties are expected to be joined. No amended pleadings are contemplated. Some of the factual and/or legal issues can be agreed on or narrowed.

3. The parties do not consent to assigning this case to a magistrate judge.

4. There may be a realistic possibility of settling of the case.

---

[1] Defendants assert that "an action for review on an administrative record" is exempt from the requirements of LCvR 16.3. *See* LCvR 16.3(b) (identifying exempted cases). Plaintiff's Complaint seeks relief under ERISA. In an ERISA action, the administrative record constitutes the only admissible evidence. *Hunter v. Metropolitan Life Ins. Co.*, 2002 U.S. Dist. LEXIS 26615 (D.D.C. Aug. 9, 2002). *See also Block v. Pitney Bowes, Inc.*, 952 F.2d 1450, 1455 (D.C. Cir. 1992) ("Courts review ERISA-plan benefit decisions on the evidence presented to the plan administrators, not on a record later made in another forum."). As such, Plaintiff's Complaint is an "an action for review on an administrative record" and this case should be exempt from the requirements of LCvR 16.3.

1

5. After considering the matters in LCvR 16.3(c)(5)(i)-(v), Defendants believe that ADR would not be useful at the present time. Additional time is needed to investigate and evaluate this case. If, in the future, Defendants believe that ADR would be useful, they will contact Plaintiff to arrange for mediation. Plaintiff believes, however, that ADR would be useful at the present time.

6. The parties believe that resolution of this case on cross-motions for summary judgment is appropriate. The parties propose the following dates for submission of summary judgment motions and briefs:

> Defendant will provide a copy of the file maintained in connection with Plaintiff's claim for benefits (the "Administrative Record") to plaintiff on or before December 23, 2005.
>
> Plaintiff will file her Motion for Summary Judgment and brief in support on or before January 27, 2006.
>
> Defendant will file its brief in opposition to plaintiff's Motion for Summary Judgment and in support of its cross Motion for Summary Judgment, if any, on or before February 17, 2006.
>
> Plaintiff may file a rebuttal brief, if any, on or before March 1, 2006.
>
> Defendant may file a reply to Plaintiff's rebuttal brief, if any, on or before March 10, 2006.

In addition, Plaintiff requests that the court extend the briefing page limits due the size of the Administrative Record, which is in excess of 4,000 pages. Defendants believe, however, that the Court's rules, which permit briefs up to 45 pages and reply briefs up to 25 pages in length, provide sufficient space for both parties to demonstrate their respective positions.

7. Defendants will provide a copy of the Administrative Record to Plaintiff on or before December 23, 2005. Defendants contend that Rule 26(a)(1) disclosures are not

appropriate in this case because the court's review is limited to the Administrative Record. *See* footnote 1, *supra* (citing authority).

8. Defendants contend that discovery is not appropriate because the court's review is limited to the Administrative Record. *Hunter v. Metropolitan Life Ins. Co.,* 2002 U.S. Dist. LEXIS 26615 (D.D.C. Aug. 9, 2002).

9. Defendants contend that use of expert witnesses is not appropriate because the court's review is limited to the Administrative Record. *Id.*; *Block,* 952 F.2d at 1455.

10. Not applicable.

11. The parties agree that bifurcation of this action is not appropriate.

12-13. Dates for a final pretrial conference or trial need not be scheduled because the action will be resolved by summary judgment.

BRIEF STATEMENT OF THE CASE AND
STATUTORY BASIS FOR ALL CAUSES OF ACTION AND DEFENSES

**Plaintiff's Statement of the Case**

This is an action brought under ERISA, 29 U.S.C. §§ 1001 *et seq.,* to recover disability benefits under an employee welfare benefit plan. Defendants acted arbitrarily and capriciously in administering Plaintiff's claim for disability benefits, and in deciding to terminate such benefits. Accordingly, the court should order that Plaintiff is entitled to disability benefits under the Plan, reinstate all other Plan benefits, and award to Plaintiff his attorneys' fees and costs. In addition, pursuant to 29 C.F.R. § 2560.502-1(g) *et seq.,* the court should impose penalties on Defendants for their failure to produce requested documents.

**Defendants' Counterstatement of the Case and Defenses**

Defendants did not act arbitrarily or capriciously in administering Plaintiff's claim for benefits, and discharged their duties with respect to the Plan in accordance with the documents

and instruments governing the Plan. Accordingly, the court should affirm Defendants' termination of plan benefits. In addition, as a matter of law, Defendants are not liable for penalties sought by Plaintiff for the alleged failure to provide certain plan documents.

DATED this 10th day of November, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott B. Elkind | /s/ Eric W. Schwartz |
| Scott B. Elkind, Esq. (D.C. Bar No. 43881) | Eric W. Schwartz, Esq. (D.C. Bar No. 415292) |
| ELKIND & SHEA | Jennifer A. Kerkhoff, Esq. (D.C. Bar No. 475353) |
| 801 Roeder Road, Suite 550 | TROUTMAN SANDERS LLP |
| Silver Spring, Maryland 20910 | 401 9th Street, N.W., Suite 1000 |
| Telephone: (301) 495-6665 | Washington, D.C. 20004 |
| Facsimile: (301) 565-5111 | Telephone: (202) 274-2879 |
| selkind@elkindshea.com | Facsimile: (202) 274-2994 |
| | eric.schwartz@troutmansanders.com |
| | jennifer.kerkhoff@troutmansanders.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendants* |