```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
RICHARD VAN DER LEEST,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civil Action No. 05-1636 (GK)
                                    )
UNUM LIFE INSURANCE COMPANY         )
OF AMERICA, et al.,                 )
                                    )
        Defendants.                 )
_____)

### O R D E R

An Initial Scheduling Conference was held in this case on November 16, 2005.  Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that Defendant shall file the Administrative Record in this case no later than **December 23, 2006**; it is further

**ORDERED** that the following briefing schedule will apply:

> Plaintiff's Motion for Summary Judgment is due **February 27, 2006**;
>
> Defendant's Opposition and Cross Motion for Summary Judgment is due **March 17, 2006**;
>
> Plaintiff's Opposition and Reply is due **April 1, 2006**; and
>
> Defendant's Reply is due **April 10, 2006**; it is further

**ORDERED** that, by consent of the parties, the case shall be referred to mediation to commence **immediately**; it is further

**ORDERED** that counsel and parties, including persons with settlement authority, shall attend the mediation; and it is further

**ORDERED** that if the case settles in whole or in part, Plaintiff's counsel shall advise the Court by filing a stipulation.

November 17, 2005
_____/s/_____
GLADYS KESSLER
U.S. District Judge

**Copies to**: attorneys on record via ECF