IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

      **Plaintiff,**                              Civil Action No. 1:05cv01636

**v.**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA D/B/A UNUMPROVIDENT,** *et al.*,

      **Defendants.**

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Richard Van Der Leest and Defendant UNUM Life Insurance Company of America, through undersigned counsel, move to amend the Scheduling Order entered by the Court on November 17, 2005, which set forth a summary judgment briefing schedule for this case. The parties request that this Court amend the dates for summary judgment briefing as follows:

1. Defendants will file their Brief in Opposition to plaintiff's Motion for Summary Judgment and in support of their Cross Motion for Summary Judgment, if any, on or before March 24, 2006.

2. Plaintiff may file an opposition and reply brief on or before April 21, 2006.

3. Defendants may file a reply brief on or before May 5, 2006.

| WE ASK FOR THIS: | AGREED: |
|---|---|
| /s/ Eric W. Schwartz | /s/ Scott B. Elkind |
| Eric W. Schwartz, Esquire (D.C. Bar #415292) | Scott B. Elkind, Esquire (D.C. Bar #43881) |
| Jennifer A. Kerkhoff, Esquire (D.C. Bar #475353) | ELKIND & SHEA |
| TROUTMAN SANDERS LLP | 801 Roeder Road, Suite 550 |
| P. O. Box 61185 | Silver Spring, Maryland 20910 |
| Virginia Beach, Virginia 23466 | Telephone: (301) 495-6665 |
| Telephone: (757) 687-7500 | Facsimile: (301) 565-5111 |
| Facsimile: (757) 687-7510 | selkind@elkindshea.com |
| eric.schwartz@troutmansanders.com | |
| Jennifer.kerkhoff@troutmansanders.com | *Counsel for Plaintiff* |
| *Counsel to Defendants* | |

320421