IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

    **Plaintiff,**                                                         Civil Action No. 1:05cv01636

v.

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,** *et al.***,**

    **Defendants.**

### DEFENDANTS' MOTION TO AMEND COURT'S SCHEDULING ORDER OF NOVEMBER 17, 2005

Defendants UNUM Life Insurance Company of America ("UNUM") and the Unicare Long-Term Disability Plan ("Plan"), by counsel, move to amend the Court's Scheduling Order of November 16, 2005 ("Order") on the following grounds:

1.     Paragraph 2 of the Order directed the Defendants to file a copy of the administrative record with the Court by December 23, 2005.

2.     The administrative record consists of approximately 2,000 pages.

3.     The Order referred this case to mediation and the parties are discussing presently the scheduling and planning of a mediation.

4.     Given that the case might resolve at a mediation, the parties seek to avoid burdening the Court with the filing of an administrative record consisting of approximately 2,000 pages.

5.     The Order directs Plaintiff to file his Motion for Summary Judgment by February 27, 2006.

6.     An Amended Scheduling Order was entered on November 18, 2005, directing Defendants to file their opposition to Plaintiff's motion and in support of their Cross-Motion for Summary Judgment by March 24, 2006.

1

7. If the mediation is unsuccessful and the case does not settle, the Defendants will file the administrative record as an exhibit to their summary judgment motion so that the Court has the evidence when considering the motions.

8. Counsel to the parties have conferred about the amendment proposed to the Scheduling Order through this motion and Plaintiff consents to the relief sought by the motion.

9. Defendants will still provide a copy of the administrative record to Plaintiff's counsel by December 23, 2005.

WHEREFORE Defendants request that this motion be granted, that the Order be amended, that the Defendants be excused from filing the administrative record on December 23, 2005, and that Defendants shall file the administrative record as an exhibit to any summary judgment motion they may file. A proposed Order which would effect the relief sought by this motion is attached for the Court's consideration.

UNUM LIFE INSURANCE COMPANY OF AMERICA and UNICARE LONG-TERM DISABILITY PLAN

By:   /s/ Eric W. Schwartz
            Of Counsel

Eric W. Schwartz, Esquire (D.C. Bar # 415292)
Jennifer A. Kerkhoff, Esquire (D.C. Bar # 475353)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Suite 1000
Washington D.C.  20004
Telephone:  (202) 274-2879
Facsimile:  (202) 274-2994

*Counsel to Defendants UNUM Life Insurance Company of America and Unicare Long-Term Disability Plan*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of December, 2005, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which is to send notification of such filing to all parties and counsel in this case.

                      /s/ Eric W. Schwartz

304001