IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

    **Plaintiff,**                      Civil Action No. 1:05cv01636

**v.**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,** *et al.***,**

    **Defendants.**

## ORDER

THIS MATTER CAME before the Court on the Defendants' motion, with the Plaintiff's consent, to amend the Scheduling Order of November 17, 2005. Based on the agreement of counsel, and it appearing in the best interests of justice to do so, it is hereby ORDERED that Defendants' Motion is GRANTED, that this Scheduling Order is amended, that the Defendants need not file the administrative record on December 23, 2005 as had been ordered previously, but the Defendants should file the administrative record as an exhibit to any summary judgment motion they may file.

December ___, 2005                     _____
                                             United States District/Magistrate Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/ Eric W. Schwartz | /s/ Scott B. Elkind |
| Eric W. Schwartz, Esq.  (D.C. Bar No. 415292) | Scott B. Elkind, Esq. (D.C. Bar No. 43881) |
| Jennifer A. Kerkhoff, Esq. (D.C. Bar No. 475353) | ELKIND & SHEA |
| TROUTMAN SANDERS LLP | 801 Roeder Road, Suite 550 |
| 401 9th Street, N.W., Suite 1000 | Silver Spring, Maryland 20910 |
| Washington, D.C.  20004 | Telephone: (301) 495-6665 |
| Telephone:  (202) 274-2879 | Facsimile: (301) 565-5111 |
| Facsimile:  (202) 274-2994 | *selkind@elkindshea.com* |
| *eric.schwartz@troutmansanders.com* | |
| *jennifer.kerkhoff@troutmansanders.com* | *Counsel for Plaintiff* |
| *Counsel for Defendants* | |

304012

2