IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

       Plaintiff,                              Civil Action No. 1:05cv01636

v.

**UNUM LIFE INSURANCE COMPANY
OF AMERICA D/B/A UNUMPROVIDENT,** *et al.*,

       **Defendants.**

### JOINT MOTION TO AMEND COURT'S NOVEMBER 28, 2005 ORDER

The parties, through undersigned counsel, move to amend the Order entered by the Court on November 28, 2005 extending the summary judgment briefing schedule. The parties have scheduled this case for mediation on April 25, 2006, which is the first date available for all parties, including the mediator. It would be in the best interests of judicial economy and efficiency to extend the summary judgment briefing schedule so that the parties may preserve their resources for settlement.

The parties request that this Court amend the dates for summary judgment briefing as follows:

      1.     Plaintiff will file a brief in support of a Motion for Summary Judgment on or before May 23, 2006.

      2.     Defendants will file their Brief in Opposition to Plaintiff's Motion for Summary Judgment and in support of their cross Motion for Summary Judgment, if any, on or before June 20, 2006.

      3.     Plaintiff may file a Reply Brief on or before June 30, 2006

      4.     Defendants may file a Reply Brief on or before July 13, 2006.

Accordingly, the parties request that the Court grant the present motion, and enter the proposed Amended Scheduling Order, which is submitted herewith.

WE ASK FOR THIS:

| | |
|---|---|
| _____/s/ Eric W. Schwartz_____ | _____/s/ Scott B. Elkind_____ |
| Eric W. Schwartz, Esquire (D.C. Bar #415292) | Scott B. Elkind, Esquire (D.C. Bar #43881) |
| Jennifer A. Kerkhoff, Esquire (D.C. Bar #475353) | ELKIND & SHEA |
| TROUTMAN SANDERS LLP | 801 Roeder Road, Suite 550 |
| P. O. Box 61185 | Silver Spring, Maryland 20910 |
| Virginia Beach, Virginia 23466 | Telephone: (301) 495-6665 |
| Telephone: (757) 687-7500 | Facsimile: (301) 565-5111 |
| Facsimile: (757) 687-7510 | selkind@elkindshea.com |
| eric.schwartz@troutmansanders.com | *Counsel for Plaintiff* |
| Jennifer.kerkhoff@troutmansanders.com | |
| *Counsel to Defendants* | |

306847

2