IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD VAN DER LEEST,**

      **Plaintiff,**　　　　　　　　　　　　　**Civil Action No. 1:05cv01636**

**v.**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,** *et al.***,**

      **Defendants.**

## ORDER

THIS MATTER CAME before the Court on the parties' motion to amend the Court's November 28, 2005 Order extending the summary judgment briefing schedule. Based on the agreement of counsel, and it appearing in the best interests of justice to do so, it is hereby ORDERED that the motion is GRANTED, that the Court's November 28, 2005 Order is amended as follows:

    1.    Plaintiff will file a brief in support of a Motion for Summary Judgment on or before May 23, 2006.

    2.    Defendants will file their Brief in Opposition to Plaintiff's Motion for Summary Judgment and in support of their cross Motion for Summary Judgment, if any, on or before June 20, 2006.

    3.    Plaintiff may file a Reply Brief on or before June 30, 2006

    4.    Defendants may file a Reply Brief on or before July 13, 2006.

January ___, 2006　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

| WE ASK FOR THIS: | AGREED: |
|---|---|
| /s/ Eric W. Schwartz | /s/ Scott B. Elkind |
| Eric W. Schwartz, Esq.  (D.C. Bar No. 415292) | Scott B. Elkind, Esq. (D.C. Bar No. 43881) |
| Jennifer A. Kerkhoff, Esq. (D.C. Bar No. 475353) | ELKIND & SHEA |
| TROUTMAN SANDERS LLP | 801 Roeder Road, Suite 550 |
| 401 9th Street, N.W., Suite 1000 | Silver Spring, Maryland 20910 |
| Washington, D.C.  20004 | Telephone: (301) 495-6665 |
| Telephone:  (202) 274-2879 | Facsimile: (301) 565-5111 |
| Facsimile:  (202) 274-2994 | *selkind@elkindshea.com* |
| *eric.schwartz@troutmansanders.com* | |
| *jennifer.kerkhoff@troutmansanders.com* | *Counsel for Plaintiff* |
| | |
| *Counsel for Defendants* | |

306852