**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**RICHARD VAN DER LEEST,**

      **Plaintiff,**                                      Civil Action No. 1:05CV01636

**v.**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA, *et al.*,**

      **Defendants.**

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff, pursuant to Fed. R. Civ. P. 41, submits this Stipulation of Dismissal, by which plaintiff dismisses this action with prejudice.

| | |
|---|---|
|   /s/ Scott B. Elkind |   /s/ Eric W. Schwartz |
| Scott B. Elkind, Esq. (DC Bar #43881) | Eric W. Schwartz, Esq. (DC Bar #415292) |
| ELKIND & SHEA | TROUTMAN SANDERS LLP |
| 801 Roeder Road, Suite 550 | 401 9th Street, N.W., Suite 1000 |
| Silver Spring, Maryland 20910 | Washington, D.C. 20004 |
| Telephone: (301) 495-6665 | Telephone: (202) 274-2879 |
| Facsimile: (301) 565-5111 | Facsimile: (202) 274-2994 |
| goodman@r-rlaw.com | eric.schwartz@troutmansanders.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |